■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL STEWART, Appellant. [600 NYS2d 657] —Judgment unanimously affirmed. Memorandum: Defendant's arguments concerning the legal sufficiency of the People's proof are unpreserved for our review and we decline to reach them in the interest of justice. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Burglary, 3rd Degree.) Present— Green, J. P., Pine, Lawton, Boomer and Boehm, JJ.

■ HARTFORD INSURANCE COMPANY, INC., Respondent, v GENERAL ACCIDENT GROUP INSURANCE COMPANY, INC., Appellant. (Appeal No. 2.) [600 NYS2d 657] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Set Aside Verdict.) Present—Green, J. P., Pine, Lawton, Boomer and Boehm, JJ.